# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY M. GUERRA,<br><br>    Plaintiff,<br><br>v.<br><br>W. HAWKINS, et al.,<br><br>    Defendants. | Case ED CV 16-2603- ODW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: May 16, 2019

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE