# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY M. GUERRA,<br><br>    Plaintiff,<br><br>v.<br><br>W. HAWKINS, et. al.,<br><br>    Defendants. | Case ED CV 16-2603- ODW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: May 16, 2019

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE